# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER: |
| 1. Jose Sarinana, and, (Count 1) | 25-8316 MJ |
| 2. Abran Villa Jr. (Count 2) | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendants JOSE SARINANA and ABRAN VILLA JR., violated Title 18, U.S.C. Section 111(a)(1) and (b), Assault on a Federal Officer, described as follows:

See Attachment A – Description of Counts

I further state that I am a Special Agent (SA) for Federal Bureau of Investigation (FBI), and that this complaint is based on the following facts:

See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUTHORIZED BY: Addison Owen, AUSA

Digitally signed by ADDISON OWEN
Date: 2025.06.03 11:56:00 -07'00'

SA Austin Harding
Name of Complainant

AUSTIN HARDING
Digitally signed by AUSTIN HARDING
Date: 2025.06.03 11:47:09 -07'00'
Signature of Complainant

Sworn to telephonically before me

6-3-25                        at    Phoenix, Arizona
Date                                City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A
## DESCRIPTION OF COUNTS

### COUNT 1

### Assault on a Federal Officer

On or about June 1, 2025, in the District of Arizona, Defendant JOSE SARINANA did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Bureau of Investigation Special Agent M.D., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while M.D. was engaged in and on account of the performance of his official duties, and Defendant JOSE SARINANA did so with a dangerous weapon.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

### COUNT 2

### Assault on a Federal Officer

On or about June 1, 2025, in the District of Arizona, Defendant ABRAN VILLA JR. did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Federal Bureau of Investigation Special Agent A.S., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while A.S. was engaged in and on account of the performance of her official duties, and Defendant ABRAN VILLA JR. did so with a dangerous weapon.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Austin Harding, Special Agent (SA) for the Federal Bureau of Investigation (FBI) in Phoenix, Arizona being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI and have been since August 2021. Prior to becoming a Special Agent, I attended the FBI Academy in Quantico, Virginia. While at the FBI Academy, I received formal training in investigative techniques. I also received on-the-job training from supervisors, senior agents, and detectives regarding Federal Criminal Investigations.

2. I am currently assigned to the FBI Violent Street Gang Task Force ("VSGTF") in Phoenix, Arizona. The VSGTF is dedicated to conducting large-scale criminal investigations targeting gang enterprises, gang members, and their associates.

3. As a member of the VSGTF, I have participated in the execution of search and seizure warrants for premises and vehicles used by gang members and associates to further illicit activity. Materials searched recovered in these locations have included: controlled substances, packaging materials, scales, cutting agents, weapons, ammunition, documents reflecting the identity of co-conspirators, indicia of occupancy, cellular telephones and similar electronic devices, ledgers, pay/owe sheets, receipts for concealed investments and proceeds derived from the distribution of controlled substances. During investigations, I have also participated in interviewing witnesses, subjects, and cooperating sources regarding gang activity, organization, and status. I have read official reports of similar interviews by other investigators. I have participated in surveillance operations, observing and recording movements of gang members and associates as they conduct illegal activity, including drug and firearms transactions and money transfers.

4. Prior to joining FBI, I graduated from the California State University of East Bay, with a Bachelor of Arts in Human Development and spent approximately three years as a High School Teacher.

5. In preparing this Statement of Probable Cause, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Statement of Probable Cause is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included all facts or sources of information establishing the violation of federal law.

## PROBABLE CAUSE

6. Since about February 2025, FBI has been tasked with supporting the Department of Homeland Security's mission to combat illegal immigration in the United States. Alongside U.S. Immigration and Customs Enforcement (ICE) and Enforcement and Removal Operations (ERO), FBI has assisted with administrative arrests and processing of deportable aliens.

Immigration Arrest of Marisol Sarinana Placencia/ Initial Contact with Abran VILLA Jr.

7. On June 1, 2025, as part of this ongoing mission, FBI and ICE/ERO agents were conducting surveillance in the area of North Ithica Street in Chandler, Arizona attempting to locate Marisol Sarinana Placencia (Placencia), a removable alien.

8. While conducting surveillance, agents observed Placencia enter the passenger side of a black Nissan Titan Truck, hereafter "Nissan Truck", and drive away. FBI and ICE/ERO conducted an immigration traffic stop. To initiate the stop, agents turned on their police lights and were wearing vests that identified themselves as law enforcement. The Nissan Truck pulled over.

9. An ICE/ERO officer approached the driver, identified as Abran VILLA Jr. (VILLA), and identified himself as a law enforcement officer. The passenger, Placencia, was positively identified and exited the vehicle. During the encounter, it was determined VILLA is Placencia's boyfriend.

10. Based on Placencia's immigration status, she was arrested and taken into custody. Prior to being taken into custody, Placencia was allowed to hug and say goodbye to VILLA.

11. During the stop and contact with Placencia and VILLA, FBI SA M.D. arrived on scene in a silver Dodge Charger, and FBI SA A.S. arrived on scene in a Silver Dodge Caravan. At all relevant times, SA M.D. and SA A.S. were engaged in the performance of their official duties.

12. Placencia was placed in an ERO/ICE vehicle to be transported to a staging location, in which a transport van was located. VILLA left the area. After allowing the transport vehicle to leave, SA M.D. and SA A.S. begin to leave the area.

Arrival of GMC Truck driven by Jose SARINANA

13. As SA M.D. was leaving the area in the silver Dodge Charger, he noticed a bronze GMC Sierra Truck, hereafter the "GMC Truck", appeared to be following him. At this time, traffic was moderate. There were open lanes for travel and no need for close spacing. SA M.D. sped up to create distance, and then changed lanes to allow the vehicle to pass. The GMC Truck remained close enough to touch SA M.D.'s bumper. SA M.D. took a right hand turn to determine whether the GMC Truck would follow him. The GMC Truck made the right turn and followed SA M.D.'s vehicle very closely.

14. The GMC Truck then changed lanes but stayed close as he appeared to be attempting to come along side of SA M.D.'s vehicle. Given the GMC Truck continued to follow closely to SA M.D., SA M.D. took out his service weapon and held it at his side, not visible to other vehicles. SA M.D. was concerned for his safety and feared his vehicle was going to be run off the road.

15. As the GMC Truck approached side by side, SA M.D. employed the brakes to avoid the side-by-side exposure. The GMC Truck swerved while adjusting speed. SA M.D. made an immediate right turn. The GMC Truck cut across traffic and followed SA M.D.'s vehicle. The pursuit continued.

16. Agents responded to SA M.D.'s location to assist. Agents arrived with their lights and sirens on and began trying to stop the GMC Truck.

Return of the Nissan Truck driven by Abran VILLA Jr.

17.  SA A.S. responded to the call for help in her Dodge Caravan with her law enforcement lights activated. SA A.S. and other agents followed the GMC Truck into a Burger King parking lot at the intersection of North Arizona Road and Ray Road. As SA A.S. was attempting to exit the Burger King parking lot to follow after the GMC Truck, the Nissan Truck, which SA A.S. recognized to be the same vehicle from Palcencia's arrest and driven by VILLA, arrived and did a U-turn maneuver to face her vehicle head on while blocking the exit. The Nissan Truck rolled down all four windows and revved the engine at SA A.S.

18.  SA A.S. was in fear for her life and drew her FBI issued firearm and held it low. SA A.S. believed the revving of the engine while directly facing her vehicle posed a threat that the Nissan Truck could ram her vehicle. Then, the Nissan Truck peeled out and took off in a different direction that allowed SA A.S. to turn north onto North Arizona Road to catch up to the other Agents who were attempting the traffic stop of the GMC Truck.

19.  Agents were able to stop the GMC truck. Agents gave commands with their firearms drawn. After several commands, the driver and the passenger of the GMC Truck exited the vehicle. The driver was identified as Jose SARINANA (SARINANA), Palencia's brother, and the passenger was identified as Santiago Sarinana (Santiago), Palencia's nephew. Both were taken into custody.

20.  Within minutes of the contact with the GMC Truck, the Nissan Truck arrived at the scene. The Nissan Truck pulled onto California Street, facing north. At this time several agents were outside of their vehicles assisting in the arrest of SARINANA and Santiago. They were wearing their FBI issued Body Armor with yellow "FBI" markings.

21.  The Nissan Truck pulled up facing the group of FBI agents head on and started to rev the engine again at the Federal Agents, to include SA A.S. All agents had to direct their attention from SARINANA and Santiago to the Nissan Truck. Based on the close proximity and

revving of the engine, agents, to include SA A.S., were in fear the vehicle would ram them.

22. The FBI Agents gave commands to the occupants of the Nissan Truck. There were multiple people in the vehicle. As they were giving commands, VILLA began reaching around the truck and underneath the seat. Agents drew their FBI issued firearms and continued to give commands. Then, four individuals exited the vehicle and continued to walk towards agents. They were detained for officer safety. The four occupants were VILLA, Minor B, Minor J and Jessica Sarinana (Jessica).

Witness and Defendant Interviews

23. Interview of Occupants of GMC Truck (SARINANA and Santigao)

   i. Jose SARINANA

   1. During a post *Miranda* interview with SARINANA, SARINANA admitted to being the driver of the GMC Truck.
   2. He confirmed Placencia is his sister.
   3. SARINANA stated he remember someone came to the house and say, "they took Marisol". He believed Placencia had been kidnapped.
   4. Because he believed she was kidnapped, he immediately followed S.A. M.D.'s vehicle.
   5. SARINANA admitted to knowing Placencia was an alien unlawfully present in the United States.
   6. He denied having any contact with the Nissan truck.
   7. He admitted to recording the officer he was following.

   ii. Santiago Sariana

   1. During a post *Miranda* interview with Santiago, Santiago admitted to knowing Placencia had been arrested by federal agents.
   2. SARINANA is his uncle.
   3. Santiago knew the vehicles they were following were government

vehicles.

4. Santiago's intention was to talk to the agents and find out about his aunt.

5. Santiago believed his uncle (SARINANA) was angry.

6. Santiago admitted to recording video using his phone. He consented to a search of his phone and provided the passcode. In one video, Santiago, while in the vehicle with SARINANA, continues to yell expletives and "ICE" or "Feds" indicating knowledge this was not a kidnap.

24. Interview of Nissan Truck Occupants (VILLA, Minor J, Minor B, Jessica Sarinana)

   i. Abran VILLA Jr.

   1. During a post *Miranda* interview of VILLA, he admitted to knowing that during the immigration stop of Placenia that he knew those involved were all law enforcement. He acknowledged seeing law enforcement markings and lights.

   2. After she was arrested, he went to his residence (Placenicia's parents' house) and told everyone immigration got Placencia.

   3. VILLA and others got into vehicle to look for her. He claimed he wanted answers about where they were taking her.

   4. He claimed the revving of the engine was just his foot slipping - both times.

   ii. Minor J (14 years old)

   1. During a post *Miranda* interview of Minor J (VILLA's son), Minor J stated that VILLA came back to house and let them know Placencia was picked up by immigration.

   2. He claimed they panicked and jumped in the truck. They travelled to the arrest location and then drove around.

    3. VILLA saw vehicles he knew to be involved and followed them.

    4. Santiago (passenger in GMC Truck) told his (Santiago's) girlfriend the GMC Truck location, and the girlfriend conveyed the location to the Nissan Truck group. He claimed that is how they knew where to go.

    5. Minor J admitted VILLA continued to get close to the "undercover" vehicle and was driving fast.

  iii. Minor B (14 years old)

    1. During a post *Miranda* interview of Minor B (Placencia's son), Minor B said he learned from VILLA that his mother was taken by federal agents.

    2. Minor B knew the vehicles they were following were government vehicles. He saw the red and blue lights on the vehicles. His plan was to see where his mother was and to record the agents' encounter with the GMC Truck.

    3. He said VILLA did not say anything the whole drive.

  iv. Jessica Sarinana

    1. During a post *Miranda* interview of Jessica (Placenia's niece), she admitted to walking around the neighborhood with Minor B (her cousin) near where Placencia was arrested.

    2. She said the Nissan Truck, driven by VILLA, arrived and picked up her and Minor B.

    3. As they were driving, she noticed they were driving fast and crazy.

    4. She admitted there was phone communication between the GMC and the Nissan.

    5. She admitted the Nissan made an aggressive U-turn near the Burger King placing the truck in a position to block the law enforcement

vehicle from the exit.

6. She claimed she tried to plead with VILLA to not be so angry. She was scared for her brother (Santiago) because he has a bad temper and gets mad easy.

25. VILLA has at least six prior felony convictions, to include Theft of Means of Transportation (4 times), Unlawful Use of Means of Transportation, and Dangerous Drug violations spanning between 2005 and 2018. VILLA was recently released from prison on July 15, 2024.

26. SARINANA has prior convictions from 2010 related to disorderly conduct and drug violations.

## CONCLUSION

27. Based on the facts and circumstances stated in this Statement of Probable Cause, I submit there is probable cause to believe that the defendants, Jose SARINANA and Abran VILLA Jr, committed the offenses alleged in the Complaint.

28. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

AUSTIN HARDING
Digitally signed by AUSTIN HARDING
Date: 2025.06.03 11:48:08 -07'00'

AUSTIN HARDING
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically this  3rd  day of June, 2025.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge